**IT IS ORDERED as set forth below:**

**Date: October 15, 2010**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

\\\ _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-23245-REB |
| ADAM TROY WILCHER,<br>LAURA DENISE WILCHER (F/K/A LAURA DENISE JOHNSON-WILCHER),<br>       Debtors. | CHAPTER 7 |
| U.S. BANK, N.A.,<br>       Movant. | |
| v. | CONTESTED MATTER |
| ADAM TROY WILCHER,<br>LAURA DENISE WILCHER (F/K/A LAURA DENISE JOHNSON-WILCHER),<br>BRADLEY J. PATTEN, ESQ., Trustee,<br>       Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay September 8, 2010, together with a Notice of Hearing set for September 28, 2010 (Doc. No. 17), regarding Debtors' real estate located at 305 Lofty Heights,

Mineral Bluff, GA   30559 (the "Property") and contends service was proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/Alice Blanco
Alice Blanco
Georgia Bar Number 062160
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
ablanco@penderlaw.com
Attorney for Movant
Firm File Number: 10-07717

DISTRIBUTION LIST

| | | |
|---|---|---|
| Bradley J. Patten, Esq.<br>Smith, Gilliam and Williams, PA<br>301 Green St., Suite 200<br>PO Box 1098<br>Gainesville, GA  30503-1098<br><br>Alice Blanco<br>Pendergast & Associates, P.C.<br>South Terraces, Suite 1000<br>115 Perimeter Center Place<br>Atlanta, GA  30346 | M. Lynne Wagoner, Esq.<br>M. Lynne Wagoner, PC<br>PO Box 111<br>Blue Ridge, GA  30513 | Adam Troy Wilcher<br>3913 Humphrey Mill Road<br>Mineral Bluff, GA  30559<br><br>Laura Denise Wilcher<br>3913 Humphrey Mill Road<br>Mineral Bluff, GA  30559 |